UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | 4: 25-cr-0449 |
| | : | |
| v. | : | (UNDER SEAL) |
| | : | |
| | : | |
| **NATHAN BERNIER** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR
PROTECTIVE ORDER GOVERNING DISCOVERY**

The United States of America, by and through its attorneys, Nicholas J. Ganjei, United States Attorney for the Southern District of Texas and Lauren M. Valenti, Assistant United States Attorney, moves for a protective order governing discovery in this case and states as follows:

I.

On August 27, 2025, the Defendant Nathan Bernier was indicted on one count of receipt of child pornography and one count of sexual exploitation of children, coercion and enticement, and distribution of child pornography all in violation of 18 U.S.C. §§ 2251(a), 2422(b), and 2252A(a)(2)(A).

II.

The discovery contains information that identifies or could lead to the identification of the minor victims in this case. Under 18 U.S.C. § 3509(d)(1),

1

Department of Justice employees and the defendants, along with their counsel, are required to

> keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

18 .S.C § 3509(d)(1)(A)–(B).

### III.

Given that the discovery in this case contains material that could lead to the identification of minor victims, the Government requests a protective order governing any documents provided by the Government to defense counsel in this case. The Government requests that the Discovery Protective Order require that defense counsel not disseminate discovery items to anyone other than counsel and members of the Defendants' litigation and investigative teams. The Government further requests that the Discovery Protective Order permit defense counsel to show and display materials produced in discovery to the Defendants but prohibit counsel from providing a copy of materials produced in discovery to the Defendants or third parties to keep and maintain in their possession.

IV.

The Government further requests that the Discovery Protective Order require that any materials produced in discovery that are filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter be filed under seal. See 18 U.S.C. § 3509(d)(2) ("All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order.").

VI.

On October 2, 2025, the Government conferred with Devin Prater, the appointed to the Defendant, regarding the proposed protective order and she was unopposed to the proposed protective order.

WHEREFORE, for the above reasons, the Government respectfully requests that the Court enter a protective order governing discovery in this matter.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*Lauren M. Valenti*
Lauren M. Valenti
Assistant U.S. Attorney

## CERTIFICATE OF CONFERENCE

I, AUSA Lauren M. Valenti, hereby certify that I conferred with Devin Prater, the attorney appointed for Defendant Nathan Bernier on October 14, 2025 and she was unopposed to this motion.

/s/ Lauren M. Valenti
Lauren M. Valenti
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Unopposed Motion for Protective Order was served via emailed and e-service to the Defendants' attorney on October 14, 2025.

/s/ Lauren M. Valenti
Lauren M. Valenti
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | **4: 25-cr-00449** |
| | : | |
| v. | : | **(UNDER SEAL)** |
| | : | |
| | : | |
| **NATHAN BERNIER** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion for a Protective Order Governing Discovery, IT IS HEREBY ORDERED:

1. Counsel for Defendant and the Government shall not disseminate any material provided in discovery to anyone other than counsel and members of the Defendant's and Government's litigation and investigative teams.

2. Defense counsel is permitted to show and display materials produced in discovery to the Defendant, but shall not provide a copy of materials produced in discovery to the Defendant or third parties to keep and maintain in their possession.

3. Any material produced in discovery that are filed with the Court by either party in connection with pre-trial motions, trial, sentencing, or other matter be filed under seal. This does not entitle either party to seal their filing as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

Signed on this the _____ day of October, 2025.

_____
Honorable Alfred H. Bennett
UNITED STATES DISTRICT JUDGE